UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOI PARKER | : | Civil Action No.   10-1269   ( FSH ) |
| Plaintiff(s) | : | |
| | : | |
| THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, ET AL | : | |
| Defendant(s) | : | |

## ORDER APPOINTING ARBITRATOR
## AND SETTING DATE FOR ARBITRATION HEARING

**AND NOW,** this 21st   day of   January, 2011 it is hereby

**ORDERED pursuant to Local Civil Rule 201.1(e) and Appendix M therein,** that the above civil action is herewith referred to arbitration and assigned to the following Arbitrator:

MICHAEL S. WATERS, ESQUIRE
McEllroy, Deutsch, Mulvaney & Carpenter, LLP
Gateway Three
Newark, New Jersey 07102           -         (973) 622-7711

has been selected at random by the arbitration clerk from among those certified as arbitrators, and shall hear this case at:

10:30   A.M.   -   On   **FEBRUARY 17, 2011**   - GATEWAY THREE
NEWARK, NEW JERSEY

The Arbitrator is authorized to change the time and date for the arbitration hearing provided the hearing is commenced within 30 days of the hearing date set forth in this order. Continuances beyond this 30 day period must be approved by the Court and Clerk of the Court should be notified of any change; and it is

**FURTHER ORDERED,** counsel for plaintiff shall, within **14** days upon receipt of this order, **SEND** to the Arbitrator copies of any complaint, amended complaint and answers to counterclaim; counsel for each defendant shall, within **14** days upon receipt of this order, **SEND** to the Arbitrator any answer, amended answer, counterclaim, cross-claim and answer hereto, any third-party complaint and answer; and it is

**FURTHER ORDERED,** that all documentary evidence shall be marked in advance and exchanged, except for impeaching documents, pursuant to Local Civil Rule 201.1(f)(5); and it is

**FURTHER ORDERED,** that the above Arbitrator shall file with the Clerk of the Court within 30 days after the hearing has been concluded, the Arbitration Award which shall include a written statement and summary setting forth the basis of the Award, which shall pertain to all parties to the arbitration.

s/ Garrett E. Brown, Jr., Chief Judge
UNITED STATES DISTRICT COURT